[No. 28020-9-III.  Division Three.  April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAY
FEBUS-GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 07-1-03593-2, Kathleen M. O'Connor, J.,
entered April 16, 2009. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27775-5-III.  Division Three.  April 8, 2010.]

ROD L. CULBERT, *Appellant*, v. THE ESTATE OF BETTY ANN
KOEHLER, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 08-2-00833-3, Tari S. Eitzen, J., entered
December 22, 2008. *Affirmed* by unpublished opinion per
Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 27842-5-III.  Division Three.  April 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. THOMAS,
*Appellant*.

Appeal from a judgment of the Superior Court for Colum-
bia County, No. 08-1-00028-7, William D. Acey, J., entered
January 22, 2009. *Affirmed* by unpublished opinion per
Korsmo, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 27981-2-III.  Division Three.  April 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DEAN
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 08-1-01411-9, Harold D. Clarke III, J.,
entered March 30, 2009. *Affirmed* by unpublished opinion
per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.